## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

IN RE:     MICHAEL LEE MOSLEY         )
                                       )
                     Debtor            )     Case No. 21-40268

## RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**COMES NOW** Debtor, Michael Lee Mosley, by and through Counsel of record, and for his Response to the Motion to Dismiss filed by the Chapter 13 Trustee for default states that Debtor fell behind on Plan payments due to a mandatory decrease in hours. Debtor will be working for Uber to compensate for missed work with Ford Motor and send additional funds over the next three months to cure default by July 2023.

**WHEREFORE,** Debtor files this Response to the Trustee's Motion to Dismiss.

Dated: 04/06/2023                    Respectfully submitted,
                                      W M Law

                                      /s/ Ryan A. Blay
                                      Ryan A. Blay, MO KS001066
                                      15095 W. 116th Street
                                      Olathe, KS 66062
                                      (913) 422-0909; (913) 428-8549
                                      Blay@wagonergroup.com
                                      ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Richard V. Fink, Trustee via ECF Email

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Room 1510, Kansas City, MO 64106.

                                      /s/ Ryan A. Blay