## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE:   MICHAEL LEE MOSLEY | ) | |
| | ) | |
| Debtor | ) | Case No. 21-40268 |

### RESPONSE TO CLAY COUNTY COLLECTOR'S MOTION TO DISMISS

**COMES NOW** Debtor, Michael Lee Mosley, by and through Counsel of record, and for his Response to the Motion to Dismiss filed by Clay County Collector and states that Debtor believed he did not owe any property taxes when he surrendered his vehicle. Debtor will be taking a copy of his Confirmed Chapter 13 Plan to Clay County to determine the amount of his liabilities.

**WHEREFORE,** Debtor files this Response to the Clay County Collector's Motion to Dismiss.

Dated: 04/06/2023

Respectfully submitted,
W M Law

/s/ Ryan A. Blay
Ryan A. Blay, MO KS001066
15095 W. 116th Street
Olathe, KS 66062
(913) 422-0909; (913) 428-8549
Blay@wagonergroup.com
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Room 1510, Kansas City, MO 64106.

/s/ Ryan A. Blay